# EXHIBIT A

# EXHIBIT A

# EXCLUSIVE LICENSING AND DISTRIBUTION AGREEMENT

This Exclusive Licensing and Distribution Agreement ("**Agreement**") is made and entered into as of June 1st, 2011 by DOLCE BEVUTO, LLC ("**Owner**"),TCB Partnership ("**Distributor**") as follows:

## ARTICLE 1. DURATION OF THE CONTRACT

## ARTICLE 2. EXCLUSIVE DISTRIBUTION RIGHTS AND DUTIES

1. In consideration of the mutual obligations of this Agreement, Owner hereby exclusively licenses and grants solely to Distributor, and Distributor accepts from Owner, the right under all and international copyrights to distribute, sell, license and otherwise deal in and exploit the use of all of the NOHO Bradned line of products (Products) produced or owned by Owner (collectively referred to as "DOLCE BEVUTO, LLC."), now and in the future, in all territories worldwide, including but not limited to, distribution for all public and private facilities, including, without limitation, facilities for airline, ship, rail, hotel, and incarceration facilities. Distributor accepts from Owner, the right to distribute Worldwide territories EXCLUDING United States of America and Canada for NOHO drinks and all of its affiliated products.

2. During the term of this Agreement, Distributor shall use its best efforts to perform such services, duties and acts as are necessary to promote and distribute Owner's NOHO DRINK and affiliated Products.

3. Distributor agrees to comply with all international laws and regulations governing the distribution of the Owner's NOHO DRINK and Products.

4. Distributor may use the Owner's trade names and / or trademark in connection with the advertisement and promotion of DOLCE BEVUTO, LLC NOHO. Owner's trade names or trademarks shall not be affixed to or associated with any product, merchandise or service other than DOLCE BEVUTO, LLC NOHO

## ARTICLE 3. OBLIGATIONS OF OWNER

1. Owner shall deliver Product. to Distributor in the quantities, at the times and in a manner acceptable and agreed upon to Distributor.. Owner also agrees to comply with all reasonable requests of Distributor as necessary to the performance of Distributor's services under this Agreement.

2. Owner shall advise Distributor of any and all changes, whether contemplated or implemented, in DOLCE BEVUTO, LLC NOHO design and price not less than thirty (30) days prior to the effectiveness of the changed price or prior to Distributor's marketing or distribution of any changed Product.

3. Owner warrants that it has, or will have at the time of distribution, good title and ownership of all DOLCE BEVUTO, LLC NOHO delivered to Distributor, with the right to license and sell each product free of encumbrance or other proprietary rights.

4. All risk of loss less Distributor fees to the DOLCE BEVUTO, LLC/NOHO, and the obligation of insuring the DOLCE BEVUTO, LLC,/NOHO during production, distribution and delivery, shall be upon Owner.

Owner shall be liable for, and shall indemnify, defend, protect and hold Distributor and Distributor's partners, officers, directors, employees, agents, successors and assigns (collectively "**Distributor Indemnitees**") harmless from and against, any and all claims, damages, judgments, suits, causes of action, losses, liabilities and expenses, including attorneys' fees and court costs arising or resulting from (a) any negligent or willful act or omission of Owner or any of Owner's agents, servants, or employees ("**Owner Associates**"); (b) claims that the DOLCE BEVUTO, LLC NOHO or Distributor's sale or use of those products under this Agreement violates the trade secret, trademark, copyright, patent or other proprietary right of persons other than Owner and Distributor, and (c) claims that the DOLCE BEVUTO, LLC NOHO or their production methods and content violates the rights of any person associated with, depicted in or participating in the production of DOLCE BEVUTO, LLC./NOHO  If any action or proceeding is brought against Distributor or any Distributor Indemnitees by reason of any such indemnified claims, Owner, upon notice from Distributor, shall defend the same at Owner's expense by counsel of Owners choosing.

## ARTICLE 4.   COMPENSATION

1. Distributor shall receive a commission equal to Fifteen percent (15%) of all Distributor's Foreign Sales or uses of all DOLCE BEVUTO, LLC contracted and licensed by Distributor and Ten percent (10%) commission for Canadian sales. Distributor shall rceive a Twenty percent(20%) commission on all Foreign Sales of Licensing for manufacture and not purchase of finished goods. Owner shall deliver payment to Distributor within 30 days of receipt of funds from sale, liscense or distribution of goods. The term "**Sales**" as used herein shall be construed to include the entire amount of the actual price, fee, royalty, or other consideration received by Distributor on behalf of Owner, Owner or Owner's Associates as a result of the sale, license, distribution,, or use of any and all DOLCE BEVUTO, LLC/NOHO by Distributor.  Sale on installment or credit shall be treated as a sale only at the time payment is actually received and for the amount actually received.

Distributor is and shall be an independent contractor and shall be responsible for paying its own taxes, payroll and withholding amounts related to the income it receives from the Owner under this Agreement.  However, if any federal, state or local law should require Owner to deduct or withhold any amounts from Distributor's compensation, notwithstanding Distributor's independent contractor status, Owner shall have the right to do so.

## ARTICLE 5.   TERMINATION

5.01   This Agreement may be terminated by Owner and / or Distributor for cause only if one party or the other fails to perform or observe any of the terms, covenants, or conditions of this Agreement which that party is required to perform or observe after receiving written notice of the alleged default and having 45 days after the receipt of such notice to cure the alleged failure of performance.

## ARTICLE 6. TERM

1. This Agreement shall continue in effect for 3 years commencing on the Effective Date of this Agreement.

2. This agreement shall be renewable by mutual consent at the end of the current term for 3 successive 3 year terms unless either party gives written notice of its intention not to renew within 60 days before expiration of the current term.

3. Owner shall notify Distributor of any changes in the terms of the Agreement at least 30 days prior to the notice period for renewal or termination.

## ARTICLE 7. GENERAL PROVISIONS

1. Each party represents and warrants that they have reviewed this Agreement with their own independent attorneys and financial advisors; that they fully understand the terms contained herein; and that they rely fully on the advice of their own advisors and their own judgment in accepting this Agreement.

2. Any notices to be given hereunder by either party to the other shall be in writing and may be transmitted by personal delivery or by first class mail, postage prepaid, to the addresses set forth below or to such other address as either party may provide to the other in writing. Notices delivered personally shall be deemed delivered upon the date of actual receipt. Notices delivered by mail shall be deemed delivered two days after the date of mailing.

| Antigua Pictures, Inc. | DOLCE BEVUTO, LLC |
| --- | --- |
| 21110 Nordhoff St, Unit L | 8687 Melrose Ave. STE 6530 |
| Chatsworth, CA 91311 | West Hollywood, Ca9 0069 |

1. In the event of any litigation arising out of the terms and conditions of this Agreement by any party to this Agreement, the prevailing party in such litigation shall be entitled to be awarded reasonable attorneys fees, together with all costs incurred in connection therewith.

2. In the event any provision of this Agreement or any portion thereof is held by a court of competent jurisdiction to be unenforceable or invalid, the validity and enforceability of the remaining provisions of this Agreement shall continue in full force and effect and shall not be adversely affected.

3. Neither the failure nor delay of any party to exercise any right hereunder, nor any other indulgence of such party, shall operate as a waiver of any of its rights hereunder. A waiver, if any, by any party of one breach under the terms of this Agreement shall not constitute, and shall not be deemed construed or determined to be, a waiver of any other or future breach or default. The rights and remedies herein provided are cumulative and not exclusive of any rights or remedies provided by law.

4. Each person signing this Agreement hereby warrants and represents that he or she has the requisite power and authority to enter into this Agreement and to bind the entity or person on whose behalf he or she is signing the document to carry out the obligations hereunder.

The provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, assigns, heirs and personal representatives. This Agreement shall be automatically transferred to, assumed by and enforceable against any person or entity that purchases, takes or receives all or substantially all of the business of DOLCE BEVUTO, LLC,NOHO, its stock or ownership interests and/or the DOLCE BEVUTO, LLC/NOHO DRINK AND ALL ITS PRODUCTS

5. If Owner or its successors and assigns violate the exclusivity of this Agreement with Distributor, Distributor may enforce this Agreement by any and all legal means, including but not limited to, injunctive relief and the recovery of all past or future economic losses, damages and injuries.

6. This Agreement contains the entire understanding and agreement of the parties with respect to the subject matter of this Agreement. This Agreement supersedes any and all agreements made prior to, or contemporaneously with, this transaction, whether oral or written. Any modification or amendment of this Agreement will be effective only if it is in writing and signed by each party to this Agreement.

7. *The Parties to this contract agree that all disputes arising out of or in connection with, or in the application of, any of its provisions shall be finally resolved through arbitration under the administration of American Arbitration Association and in accordance with its Rules for Arbitration.* Service of legal process in any such action or proceeding may be served on any party anywhere in the world by any legal means or by delivery to a party's agent for service of process or an officer at their business or home address.

8. This Agreement shall be governed by and construed under the laws of the State of Arizona.

**IN WITNESS WHEREOF**, the parties have entered into this Exclusive Licensing and Distribution Agreement as of the date first written above.

**DISTRIBUTOR:**                                    **OWNER:**

TCB Partnership , INC.,                             DOLCE BEVUTO, LLC

By: _____                         By: _____

Todd Blatt, President                               Jay Grdina, CEO